# Exhibit A

Received 04/02/2008 04:07PM in 08:30 on line [1] for GENERAL_DELIVERY * Pg 3/17
04/02/2008  16:04   6174943255              FHWA MA                    PAGE  03
04/02/2008  14:27   9782515259              PALES

# Trial Court Of The Commonwealth



SArah Wheeldon

v

Davio Pales

District Court Department
Dedham Division
631 High Street
Dedham, Massachusetts 02026

(781) 329-4777

Norfolk, ss

Civil Action No. 0854 CV 0319

## SUMMONS
(Rule 4)

To Defendant __Davio Pales__ of __770 Wellman Av, North Chelmsford, M__

You are hereby summoned and required to serve upon __Scott Golden, Esq.__ plaintiff('s attorney), whose address is __5 Liberty st. Medway, Ma. 02053__ a copy of your answer to the complaint which is herewith served upon you, within 20 days after service of this summons, exclusive of the day of service. You also are required to file your answer to the complaint in the office of the Clerk of this court either before service upon plaintiff('s attorney), or within 5 days thereafter. If you fail to meet the above requirements, judgment by default may be rendered against you for the relief demanded in the complaint. You need not appear personally in court to answer the complaint.

Unless otherwise provided by Rule 13(a), your answer must state as a counterclaim any claim which you may have against the plaintiff which arises out of the transaction or occurrence that is the subject matter of the plaintiff' claim or you will be barred from making such claim in any other action.

WITNESS, LYNDA M. CONNOLLY, Presiding Justice, on _____
                                                          (Date)

(SEAL)

_____
Clerk-Magistrate

Notes:
(1) When more than one defendant is involved, the names of all defendants should appear in the action. If a separate summons is used for each defendant, each should be addressed to the particular defendant.
(2) The number assigned to the complaint by the Clerk at the commencement of the action should be affixed to this summons before it is served.

### RETURN OF SERVICE

On __April 2, 2018__, I served a copy of the within summons, together with a copy of the complaint in this action,
    (Date of service)
upon the within named defendant, in the following manner (see Rule 4 (d) (1-5):

_____
(Signature)

_____
(Name and title)

_____
(Address)

Notes:
(1) The person serving the process shall make proof of service thereof in writing to the court and to the party or his attorney, as the case may be, who has requested such service. Proof of service shall be made promptly and in any event within the same time during which the person served must respond to the process. Rule 4(f)
(2) Please place one you make service on defendants in the box on the copy served on the defendant, the original returned to the court and on the copy returned to the person requesting service or his attorney.
(3) If service is made at the last and usual place of abode, the officer shall forthwith mail first class a copy of the summons to such last and usual place of abode, and shall set forth in the return the date of mailing and the address to which the summons was sent (G.L. c. 223, sec. 31).

DCDD-201                    This form prescribed by the Chief Justice of the District Courts

Received 04/02/2008 04:07PM in 08:30 on line [1] for GENERAL_DELIVERY * Pg 4/17
04/02/2008  16:04   6174943255           FHWA MA                        PAGE  04
 04/02/2008  14:27   9782515259           PALES                          03/10

## COMMONWEALTH OF MASSACHUSETTS

NORFOLK, SS.                                 DEDHAM DISTRICT COURT
                                             CIVIL ACTION NO. 0854 CV 0319

SARAH WHEELDON        )
                      )
        Plaintiff     )
                      )
v.                    )
                      )
DAVID PALES           )
                      )
        Defendant     )

## COMPLAINT
## PLAINTIFF CLAIMS TRIAL BY JURY

### INTRODUCTION

This is an action in negligence to recover monetary damages for personal injuries sustained by the plaintiff, Sarah Wheeldon as a result of a motor vehicle accident in which the plaintiff was injured by an automobile operated by David Pales.

### PARTIES

1. The plaintiff, Sarah Wheeldon at the time of the accident was a resident of 9 Morrison Ave. Somerville, Middlesex County, Massachusetts.

2. The defendant, David Pales at the time of the accident was a resident of 770 Waldman Ave. North Chelmsford, Middlesex County, Massachusetts.

### NEGLIGENCE

3. On March 8, 2006, at approximately 7:30 a.m., the plaintiff, Sarah Wheeldon, while operating her car with due care at the intersection of Carlton and Ivy Street in Brookline, Ma., was violently struck in a broadside manner by a vehicle driven by the defendant David Pales, on a public way or a way that the public has access to.

4. At the time of the accident the plaintiff and her passengers/coworkers were on their way to work as elementary school teachers and as a result of the accident all

occupants of the plaintiff's car were transported by ambulance on backboards to the local hospital.

5. The defendant was driving negligently and failed to stop or slow down and ran the stop sign thereby striking the plaintiff's car broadside at a high rate of speed that resulted in the plaintiff's car being declared a total loss. The speed of the impact also caused the plaintiff to suffer significant injuries requiring medical treatment well in excess of $2,000. Such medical treatment included emergency room treatment, MRI, X-rays. The plaintiff was also treated by her primary care physician who prescribed a course of physical therapy and chiropractic care.

6. The defendant, acknowledged at the scene to the responding police officer and the occupants of the plaintiff's car that he failed to stop at the stop sign.

7. As a direct and proximate result of the negligence of the defendant, the plaintiff was struck by the motor vehicle being driven by the defendant causing the plaintiff to sustain severe physical injuries.

8. As a result of these injuries, the plaintiff incurred profound medical expenses and suffered great pain of body and mind. Such injuries caused the plaintiff to not be able to seek the enjoyment and the pleasures of life, and she was caused to suffer from pain, discomfort and suffering due to the negligence of the defendant.

## DEMAND FOR RELIEF

WHEREFORE, the plaintiff, Sarah Wheeldon, demands judgment against the defendant, David Pales for damages in an amount to be determined at the time of trial, together with interest and costs and such other relief as this Court may deem just, appropriate and necessary.

PLAINTIFF CLAIMS TRIAL BY JURY.

By her Attorneys,

*[signature]*

Law Offices of Scott G. Gowen
Scott G. Gowen, BBO# 648428
5 Liberty Rd
Medway, Ma. 020153
(508) 966-3230

Date March 6, 2008